# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 4. Motion and Affidavit for Permission to Proceed in Forma Pauperis

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form04instructions.pdf*

**9th Cir. Case Number(s)** | 23-15501

**Case Name** | Tynsha Davis vs. Consumer Safety Technology

**Affidavit in support of motion:** I swear under penalty of perjury that I am financially unable to pay the docket and filing fees for my appeal. I believe my appeal has merit. I swear under penalty of perjury under United States laws that my answers on this form are true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621.

**Signature** | _[signature]_          **Date** | 6/19/23

The court may grant a motion to proceed in forma pauperis if you show that you cannot pay the filing fees **and** you have a non-frivolous legal issue on appeal. Please state your issues on appeal. (*attach additional pages if necessary*)

> Please see attachment
> My motion to Appeal was sent to you
> on 3/31/23 by certified mail

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 4**                    *1*                    *Rev. 12/01/2018*

3/31/23

## MOTION TO APPEAL

To Whom It May Concern,

I'm writing this motion to appeal the decision made on 3/30/23 to dismiss my case due to it being one day late from the 90 days given for the right to sue. I received information that this was being done with prejudice and I don't agree with the decision the judge made. I'm appealing this decision because I feel that I should be given a chance to allow the court to hear my case which has a lot of merit in it. The EEOC dismissed my case without notifying me via email, mail or phone and I would like to file a motion to see what can be done about that as well. It was almost a whole entire year before I found out they dropped my case and received the right to sue letter. At this time, I was still recovering from an emergency surgery I had a few months prior to that so it did take me some time to try and get everything done being that I filed this pro se pro per, plus I'm still dealing with the illness of voice dysphonia. I'm asking for the Mercy of the court to change the decision made of it being dismissed so I can receive justice.

Thank you kindly,

Ms. Tyrisha Davis

1. *For both you and your spouse, estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.*

| Income Source | Average monthly amount during the past 12 months | | Amount expected next month | |
| --- | --- | --- | --- | --- |
| | You | Spouse | You | Spouse |
| Employment | $ 176 00 | $ | $ | $ |
| Self-Employment | $ 125 00 | $ | $ | $ |
| Income from real property (such as rental income) | $ 0 | $ | $ | $ |
| Interest and Dividends | $ 0 | $ | $ | $ |
| Gifts | $ 180 | $ | $ | $ |
| Alimony | $ 0 | $ | $ | $ |
| Child Support | $ 60 | $ | $ | $ |
| Retirement (such as social security, pensions, annuities, insurance) | $ 0 | $ | $ | $ |
| Disability (such as social security, insurance payments) | $ 0 | $ | $ | $ |
| Unemployment Payments | $ 0 | $ | $ | $ |
| Public-Assistance (such as welfare) | $ 285 | $ | $ | $ |
| Other (specify) | $ 0 | $ | $ | $ |
| TOTAL MONTHLY INCOME: | $ $ 746 | $ | $ | $ |

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

2. *List your employment history for the past two years, most recent employer first.*
   *(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of Employment | | Gross Monthly Pay |
|---|---|---|---|---|
| Diamond Services of Coastal Georgia | 22 Rice Creek Rd Port Wentworth, GA 31407 | From 4/17/23 | To Now | $ 176⁰⁰ |
| | | From | To | $ |
| | | From | To | $ |
| | | From | To | $ |

3. *List your spouse's employment history for the past two years, most recent employer first.*
   *(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of Employment | | Gross Monthly Pay |
|---|---|---|---|---|
| | | From | To | $ |
| | | From | To | $ |
| | | From | To | $ |
| | | From | To | $ |

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 4          3          *Rev. 12/01/2018*

4. *How much cash do you and your spouse have?*     $ | 150 |

*Below, state any money you or your spouse have in bank accounts or in any other financial institution.*

| Financial Institution | Type of Account | Amount You Have | Amount Your Spouse Has |
|---|---|---|---|
| Cash app | Checking | $ $150 | $ |
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

***If you are a prisoner seeking to appeal a judgment in a civil action or proceeding, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.***

5. *List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishing.*

| Home | Value | Other Real Estate | Value |
|---|---|---|---|
| NA | $ | | $ |

| Motor Vehicle 1: Make & Year | Model | Registration # | Value |
|---|---|---|---|
| NA | | | $ |
| **Motor Vehicle 2: Make & Year** | **Model** | **Registration #** | **Value** |
| NA | | | $ |

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

| Other Assets | Value |
|---|---|
| NA | $ |
|  | $ |
|  | $ |

6. *State every person, business, or organization owing you or your spouse money, and the amount owed.*

| Person owing you or your spouse | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| United Health Care Insurances Short term Disability | $ 11,000-15,000 | $ |
|  | $ | $ |
|  | $ | $ |

7. *State the persons who rely on you or your spouse for support. If a dependent is a minor, list only the initials and not the full name.*

| Name | Relationship | Age |
|---|---|---|
| ED | Son | 15 |
| JC | Son | 13 |
|  |  |  |

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

8. *Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.*

| | You | Spouse |
|---|---|---|
| Rent or home-mortgage payment (include lot rented for mobile home) | $ | $ |
| - Are real estate taxes included?　　○ Yes　　⊘ No | | |
| - Is property insurance included?　　○ Yes　　⊘ No | | |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $ 190 | $ |
| Home maintenance (repairs and upkeep) | $ 0 | $ |
| Food | $ 400 | $ |
| Clothing | $ $100-$200 | $ |
| Laundry and dry-cleaning | $ 0 | $ |
| Medical and dental expenses | $ 0 | $ |
| Transportation (not including motor vehicle payments) | $ 200 | $ |
| Recreation, entertainment, newspapers, magazines, etc. | $ 25 | $ |
| Insurance (not deducted from wages or included in mortgage payments) | | |
| - Homeowner's or renter's | $ 30.14 | $ |
| - Life | $ 0 | $ |
| - Health | $ 0 | $ |
| - Motor Vehicle | $ 0 | $ |
| - Other | $ 0 | $ |
| Taxes (not deducted from wages or included in mortgage payments) | | |
| Specify | $ 0 | $ |

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 4　　　　　　　　　　　　　　　　6　　　　　　　　　　　　　　　*Rev. 12/01/2018*

| | | You | Spouse |
|---|---|---|---|
| Installment payments | | | |
|   - Motor Vehicle | | $ 0 | $ |
|   - Credit Card (name) | | $ 0 | $ |
|   - Department Store (name) NA | | $ 0 | $ |
| Alimony, maintenance, and support paid to others | | $ 0 | $ |
| Regular expenses for the operation of business, profession, or farm (attach detailed statement) | | $ 0 | $ |
| Other (specify) | | $ 0 | $ |
| **TOTAL MONTHLY EXPENSES** | | $ 0 | $ |

9. *Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?*  ○ Yes  ☑ No

    If Yes, describe on an attached sheet.

10. *Have you spent—or will you be spending—any money for expenses or attorney fees in connection with this lawsuit?*  ○ Yes  ☑ No

    If Yes, how much? $ [        ]

11. *Provide any other information that will help explain why you cannot pay the docket fees for your appeal.*

    I am Indigent

12. *State the city and state of your legal residence.*

City  Savannah     State  Georgia

Your daytime phone number (ex., 415-355-8000)  (515) 537-9464

Your age  36     Your years of schooling  Some College / 2 years

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

**Form 4**     7     *Rev. 12/01/2018*

UNITED STATES COURT OF APPEALS

**FILED**

FOR THE NINTH CIRCUIT

MAY 22 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| TYRISHA L. DAVIS, | No. 23-15501 |
| Plaintiff-Appellant, | D.C. No. 2:22-cv-02118-MTL |
| v. | District of Arizona, Phoenix |
| CONSUMER SAFETY TECHNOLOGY/INTOXALOCK, | ORDER |
| Defendant-Appellee. | |

A review of the district court's docket reflects that the district court has certified that this appeal is not taken in good faith and has revoked appellant's in forma pauperis status. *See* 28 U.S.C. § 1915(a). This court may dismiss a case at any time, if the court determines the case is frivolous. *See* 28 U.S.C. § 1915(e)(2).

Within 35 days after the date of this order, appellant must:

(1) file a motion to dismiss this appeal, *see* Fed. R. App. P. 42(b), or

(2) file a statement explaining why the appeal is not frivolous and should go forward.

If appellant files a statement that the appeal should go forward, appellant also must:

(1) file in this court a motion to proceed in forma pauperis, OR

(2) pay to the district court $505.00 for the filing and docketing fees for this appeal AND file in this court proof that the $505.00 was paid.

If appellant does not respond to this order, the Clerk will dismiss this appeal for failure to prosecute, without further notice. *See* 9th Cir. R. 42-1. If appellant files a motion to dismiss the appeal, the Clerk will dismiss this appeal, pursuant to Federal Rule of Appellate Procedure 42(b). If appellant submits any response to this order other than a motion to dismiss the appeal, the court may dismiss this appeal as frivolous, without further notice.

If appellant files a statement that the appeal should go forward, appellee may file a response within 10 days after service of appellant's statement.

The briefing schedule for this appeal is stayed.

The Clerk shall serve on appellant: (1) a form motion to voluntarily dismiss the appeal, (2) a form statement that the appeal should go forward, and (3) a Form 4 financial affidavit. Appellant may use the enclosed forms for any motion to dismiss the appeal, statement that the appeal should go forward, and/or motion to proceed in forma pauperis.

FOR THE COURT

MOLLY C. DWYER
CLERK OF COURT

2

# UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT

_Tyrisha Davis_

Appellant(s),

9th Cir. Case No. _23-15501_

v.

_Consumer Safety Technology_

Appellee(s).

## STATEMENT THAT APPEAL SHOULD GO FORWARD
(attach additional sheets as necessary)

1. Date(s) of entry of judgment or order(s) you are challenging in this appeal:

    _3/30/23_

2. What claims did you raise to the court below?
    Discrimination, Wrongful termination, and retaliation

3. What do you think the court below did wrong? (You may, but need not, refer to cases and statutes.)

I believe the court did not take consideration of the EEOC agency dropping the ball on my claim, which automatically put me in a untimely disposition because I was still recovering from an emergency surgery I had.

4. Why are these errors serious enough that this appeal should go forward?

I was never given the appropriate time from the beginning with the EEOC agency because they never notified me via email, mail, or by phone they dropped my case.

5. Additional Information: I was under the impression for a little over a year that the attorney's had my case. I do have proof from my emails.

Dated: 6/19/23          Tyrisha Davis
                        Print Name(s)

                        [signature]
                        Signature(s)

                        Appellant(s) in Pro Se