# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

Tyrisha Davis
Appellant(s),

9th Cir. Case No. 23-15501

v.

Consumer Safety Technology
Appellee(s).

## STATEMENT THAT APPEAL SHOULD GO FORWARD
(attach additional sheets as necessary)

1. Date(s) of entry of judgment or order(s) you are challenging in this appeal:

   3/30/23

2. What claims did you raise to the court below?
   Discrimination, Wrongful termination, and retaliation

3. What do you think the court below did wrong? (You may, but need not, refer to cases and statutes.)

I believe the court did not take consideration of the EEOC agency dropping the ball on my claim, which automatically put me in a untimely disposition because I was still recovering from an emergency surgery I had.

4. Why are these errors serious enough that this appeal should go forward?

I was never given the appropriate time from the beginning with the EEOC agency because they never notified me via email, mail, or by phone they dropped my case.

5. Additional Information: I was under the impression for a little over a year that the attorney's had my case. I do have proof from my emails.

Dated: 6/19/23     Tyrisha Davis
                   Print Name(s)

                   /TD
                   Signature(s)

                   Appellant(s) in Pro Se